UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Turkesha Lesane                               Docket No. 7:14-CR-41-6FL

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Turkesha Lesane, who, upon an earlier plea of guilty to 21 U.S.C. § 846 and 841(a)(1) Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 7, 2015, to the custody of the Bureau of Prisons for a term of 4 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Turkesha Lesane was released from custody on October 06, 2015, at which time the term of supervised release commenced. On November 21, 2017, a DROPS sanction request was submitted to the court reporting the defendant had tested positive for cocaine and marijuana. On December 20, 2017, a second DROPS sanction request was sent to the court reporting a second use of cocaine. Ms. Lesane was scheduled to begin her jail placement on January 13, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted above, Ms. Lesane was reported to the court for incurring two positive urine tests. The court continued supervision but imposed 7days in jail. However, on January 6, 2018, Ms. Lesane was severely beaten and left for dead and sustained several injuries requiring surgery and physical rehabilitation. Due to the severity of her injuries, our office requested the court allow a delay in serving the 7 days imposed. Although she is progressing in her recovery, she continues to require the use of a wheelchair and has experienced complications from the surgery to repair her fractured hip and ankle and may be required to undergo additional surgery to correct the problems. Her term of supervised release is due to expire on October 5, 2018, and it will be difficult for her to complete this jail time prior to the that date. Furthermore, based on her ongoing recovery and the medical requirements while incarcerated, our office is requesting the court strike the condition imposed 7 days in jail and allow the defendant to discharge from supervision so she can continue her medical rehabilitation and recovery.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Due to ongoing medical complications and required treatment for injuries sustained in a severe assault, the defendant shall not be required to serve 7 days in jail as imposed. Except as herein modified, the judgment shall remain in full force and effect.

Turkesha Lesane
Docket No. 7:14-CR-41-6FL
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: September 27, 2018 |

## ORDER OF THE COURT

Considered and ordered this __1st__ day of __October__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge